UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20767-CR-KING

FILED by _AU_ D.C.

OCT 19 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.

**LAWRENCE S. DURAN,**

      **Defendant.**

_____/

## WRIT OF EXECUTION

**TO   THE UNITED STATES MARSHAL**

On September 20, 2011, the amended judgment was entered in the United States District Court for the Southern District of Florida, in favor of the United States of America, plaintiff, and against the defendant Lawrence S. Duran, his last known address is FDC - Miami, 33 NE 4th ST., Miami, FL 33132, in the sum of $87,533,863.46. As of today, October 19, 2011, no payments have been made toward the debt.

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED** to satisfy the amended judgment by levying on and selling all property in which defendant, has a substantial nonexempt interest which may be levied upon for payment of the above amended judgment, described as follows:

**301 W 110 ST
Unit No. 2U
New York, NY 10026**

**YOU ARE ALSO COMMANDED** to collect from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

**YOU ARE FURTHER COMMANDED** that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the amended judgment and cost.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _19_ day of _October_ , 20_11_.

Steven M. Larimore

_____
STEVEN M. LARIMORE
CLERK OF COURT
UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk